1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | GERALD ANTHONY ORTEGA,    | No. 2:19-cv-2028 DB P
12 |     Plaintiff,
13 |     v.                    | ORDER
14 | LYNN, et al.,
15 |     Defendants.

16

17    Plaintiff has filed a motion for a thirty-day extension of time to provide the full names of
18 defendants "Nurse Lynn Doe" and "Dr. Doe No. 1." (ECF No. 11). In support of the motion,
19 plaintiff states, amongst other things, that he is no longer in the custody of the Sacramento
20 County Jail where the incidents at issue took place, as well as the fact that the COVID-19
21 pandemic has placed an additional burden on his ability to procure the information he needs. (See
22 id. at 1). In the same motion, plaintiff also requests that he be granted "limited preliminary
23 discovery" pursuant to Federal Rules of Civil Procedure 26(a) and (f) and Federal Rule of Civil
24 Procedure 33. (See id.).

25    Plaintiff's motion for an extension of time shall be granted. However, plaintiff's motion
26 for "limited preliminary discovery" shall be denied as premature because plaintiff has not yet
27 provided the true names of either of the defendants. As a result, at this moment, there is no one
28 ////

the court can order to provide that information.  Moreover, to date, none of the defendants in this case have been served.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is GRANTED;

2. Plaintiff's motion to be granted limited preliminary discovery (ECF No. 11) is DENIED as premature,

3. Plaintiff shall have thirty days from the date of this order within which to file a pleading which provides the full names of defendants "Nurse Lynn Doe" and "Dr. Doe. No. 1."

Dated:  January 4, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/orte2028.36

2