UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ANTHONY ORTEGA,<br><br>  Plaintiff,<br><br>  v.<br><br>LYNN, et al.,<br><br>  Defendants. | No.  2:19-cv-02028 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Plaintiff claims defendants violated his Eighth Amendment rights.  Presently before the court is plaintiff's motion for third party subpoena duces tecum.  (ECF No. 15.)

Plaintiff is seeking to obtain medical records which may contain the names and identifying information of defendants "Nurse Lynn Doe" and "Dr. Doe No. 1".  A non-party may be compelled to produce documents for inspection and copying pursuant to a subpoena duces tecum.  See Fed. R. Civ. P. 34(c), 45(a).  In addition to other requirements, a subpoena duces tecum must specify the "documents, electronically stored information, or tangible things in that person's possession, custody, or control."  Fed. R. Civ. P. 45(a)(1)(A)(iii).  The plaintiff's requested subpoena does not contain a statement of the documents, electronically stored information, or objects to be produced.  As such, it does not meet the necessary requirements for

////

a subpoena duces tecum. Therefore, the court will deny the motion without prejudice to its renewal.

Should plaintiff choose to re-file his motion for subpoena, he should ensure that the requested subpoena complies with all the necessary requirements for a subpoena duces tecum. This includes ensuring that the documents sought cannot be obtained any other way.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for third party subpoena duces tecum (ECF No. 15) is denied without prejudice.

Dated:  February 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB:1/Orders/Prisoner/Civil.Rights/orte2028.3p.subp

2